United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PEDRO GUTIERREZ, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-CV-00134 |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In the absence of a response to the Court's Minute Entry within the time period given, *see* (Dkt. No. 12), the Court will permanently close this case and hereby **ORDERS** that the case is **DISMISSED**.

SO ORDERED April 1, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge